39 So.2d 693

### John Ike GRIFFITH v. CITY OF BIRMINGHAM.

6 Div. 846.

Supreme Court of Alabama.

March 31, 1949.

John Ike Griffith, pro se, and Owen Love, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

FOSTER, Justice.

Petition of John Ike Griffith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Griffith v. City of Birmingham, Ala.App., 39 So.2d 693.

Writ denied.

BROWN, LAWSON, and STAKELY, JJ., concur.